# EXHIBIT A

PAGE 02/04



May 27, 2015

**Portfolio Recovery Associates, LLC**
We're giving debt collection a good name.

PRA47M2P-0527-603183247-02941-2941

Número de Cuenta/Referencia: ███████9536
VENDEDOR: PROVIDIAN NATIONAL BANK
COMERCIANTE: PROVIDIAN NATIONAL BANK
ACREEDOR ORIGINAL: PROVIDIAN NATIONAL BANK
ACREEDOR a Quien se le Debe la Deuda: Portfolio Recovery Associates, LLC.

Saldo: $2,667.59

REDACTED

Estimado LUELLA SMITH,

Por casi 20 años, Portfolio Recovery Associates, LLC ("PRA, LLC") ha ayudado a clientes por todo el país a resolver su deuda. Por favor comuniquese con nosotros directamente para informarse cómo podemos ayudarle. Nuestro compromiso es ayudarle a diseñar un plan que se acomode a su presupuesto. Llámenos hoy!

| Pago Unico Opción de Arreglo | Plan de Ahorro Pagos por 12 meses | Un Plan Convenido de Pagos por 33 meses |
|---|---|---|
| • Un pago de $800.00 | • Plan de pagos de $78.00 por 12 mensualidades. | • Plan de pagos de $80.00 por 33 mensualidades. |
| • Usted Ahorra $1,867.59 | • Usted Ahorra $1,731.59 | |
| *Una vez que el último pago sea acreditado en su cuenta, su deuda se dará por "Terminada." | *Una vez que el último pago sea acreditado en su cuenta, su deuda se dará por "Terminada." | *Su cuenta será considerada "Completamente Liquidada" cuando su saldo llegue a un saldo de cero. |

***Su primer pago debe ser recibido a más tardar el 06/26/2015.***
¡Llame ahora para empezar e informarse sobre otras opciones de pago!

| Enviar: ✉ | LLAME: ☎ | En línea: 💻 |
|---|---|---|
| Envie todo los cheques y pagos a: Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk VA 23541 | 1-800-772-1413 para platicar sobre los arreglos de sus pagos. Permitanos demostrarle que estamos comprometidos con Ud. para ayudarle. | Pague en línea usando su cuenta de cheques: www.portfoliorecovery.com |

* No estamos obligados a renovar esta oferta.
HORARIO: de 8 AM a 11 PM de lunes a viernes, de 8 AM a 5 PM los sábados, y de 2 PM a 9 PM los domingos. (HORA DEL ESTE).
DOMICILIO DE COMPAÑIA: Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502.
DIRECCIÓN PARA CORRESPONDENCIA DE DISPUTAS: Portfolio Recovery Associates, LLC, Departamento de Disputas, 140 Corporate Boulevard, Norfolk, VA 23502.
DEPARTAMENTO DE DISPUTAS EN LÍNEA DIRECCIÓN: PRA_Disputes@portfoliorecovery.com
NOTIFICACIÓN DE PRIVACIDAD: Nosotros recopilamos información personal sobre usted de las siguientes fuentes: (a) información que recibimos de usted; (b) información sobre sus transacciones con nuestras afiliadas, otros, o nosotros mismos; (c) información que recibimos de nuestras agencias de reportes de consumidor. Nosotros no le revelamos a nadie ninguna información personal que no sea pública acerca nuestros clientes o clientes anteriores, con excepción de lo permitido por ley. Les restringimos el acceso a su información, la que no sea pública, a nuestros empleados y entidades que necesiten conocer esa información para cobrar su cuenta. Mantenemos salvaguarda física, electrónica y de procedimientos que cumplan con los reglamentos federales para preservar su información personal que no sea pública.

Debido a la edad de su deuda, no le demandaremos por ella y no la reportaremos a ninguna de las agencias de reporte crediticio.

Esta comunicación proviene de una agencia de cobranza y su intención es cobrar una deuda. Cualquiera información que se obtenga será utilizada para ese propósito.
Nota: Ver el reverso para información importante.



LUELLA SMITH

REDACTED

Los Especialistas en Servicio de Calidad Están Disponibles de lunes a viernes de 8 AM a 5 PM (Hora del Este). ¿No está satisfecho con la manera que lo atendieron? Nuestra compañía se esfuerza en proporcionar un servicio profesional y cortés a todos nuestros clientes. Póngase en contacto con uno de nuestros empleados para discutir los asuntos relacionados con nuestro servicio de calidad al teléfono (866) 925-7109 o por correo electrónico en qualityservice@portfoliorecovery.com.